

U.S. Department of Justice　　D+F

United States Attorney
Eastern District of New York

Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

★ OCT 13 2005 ★

BROOKLYN OFFICE

October 11, 2005

Via Facsimile

The Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

APPLICATION GRANTED.
SO ORDERED.

s/David G. Trager

David G. Trager
United States District Judge

Re: United States v. Kevin Howard
Criminal Docket No. 04-942 (DGT)

Dear Judge Trager:

The government respectfully submits this letter to request exclusion of Speedy Trial Act time in the above-captioned case from October 7, 2005 until October 28, 2005. Defense counsel consents to this request.

On September 9, 2005, a status conference occurred in this case. At the conference, after the parties indicated that they were engaged in plea discussions, the Court scheduled a further status conference for October 7, 2005 and excluded the time until October 7, 2005 from the Speedy Trial Act clock.

On October 6, 2005, Your Honor's deputy informed the undersigned that scheduling conflicts required the Court to adjourn the status conference scheduled for October 7, 2005 until October 28, 2005.

The parties are continuing to engage in plea discussions that, if successful, would resolve this matter without a trial. Accordingly, the parties request exclusion of

2

the time from October 7, 2005 until October 28, 2005, from the Speedy Trial Act clock, pursuant to 18 U.S.C. § 3161(h)(8)(A), given that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      ROSLYNN R. MAUSKOPF
                                    United States Attorney

By:      _____
         John Buretta
         Assistant U.S. Attorney
         (718) 254-6314

cc:  Mark DeMarco, Esq. (by fax)